McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO OREJEL YEPEZ, JR.,<br><br>Defendant. | CASE NO. 2:19-CR-00144-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 24, 2019<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 24, 2019.

2. By this stipulation, defendant now moves to continue the status conference until December 5, 2019, at 9:30 a.m., and to exclude time between October 24, 2019, and December 5, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes multiple reports, audio recordings, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

///

        b)       Counsel for defendant desires additional time to review the discovery, conduct independent investigation and legal research, and otherwise prepare for trial.

        c)       Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 24, 2019 to December 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONTINUED ON NEXT PAGE]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 22, 2019                                McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ CAMERON L. DESMOND
                                                        CAMERON L. DESMOND
                                                        Assistant United States Attorney


Dated:  October 22, 2019                                /s/ CHRIS COSCA
                                                        CHRIS COSCA
                                                        Counsel for Defendant
                                                        Alfredo Orejel Yepez, Jr.

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of October, 2019.

Troy L. Nunley
United States District Judge