| | |
|---|---|
| 1 | COSCA LAW CORPORATION |
| | CHRIS COSCA (SBN 144546) |
| 2 | 1007 7th Street, Suite 210 |
| | Sacramento, CA 95814 |
| 3 | (916) 440-1010 |
| 4 | Attorney for Defendant |
| | ALFREDO OREJEL YEPEZ, JR. |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:19-CR-00144-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME AND CONTINUE STATUS CONFERENCE** |
| v. | |
| ALFREDO OREJEL YEPEZ, JR., | Date: February 20, 2020 |
| Defendant. | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

**STIPULATION**

The parties hereto, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, the court set this matter for a status conference on February 20, 2020.

2. By this stipulation, defendant now moves to vacate this date and reset the status conference for April 23, 2020, at 9:30 a.m.

3. The parties further stipulate to exclude time between February 20, 2020 and April 23, 2020 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case includes multiple reports, audio recordings, and photographs. All of this discovery has been

USA v. Yepez
2:19-CR-00144 TLN

either produced directly to counsel and/or made available for inspection and copying.

      b.      Counsel for defendant visited DEA to review the physical evidence on November 12, 2019. Counsel for defendant desires additional time to review the electronic discovery, conduct independent investigation and legal research, and otherwise prepare for trial.

      c.      Counsel for defendant believe that failure to grant this request would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.      The government does not object to the continuance.

      e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a speedy trial as prescribed by the Speedy Trial Act.

      f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation February 20, 2020 to April 23, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and B(ii) and (iv), corresponding to Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

      5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

///

///

USA v. Yepez
2:19-CR-00144 TLN

IT IS SO STIPULATED.

DATED: February 14, 2020          MCGREGOR W. SCOTT
                                  United States Attorney


                                  /s/ Cameron L. Desmond
                                  CAMRERON L. DESMOND
                                  Assistant United States Attorney


DATED: February 14, 2020          /s/ Chris Cosca
                                  CHRIS COSCA
                                  Counsel for Defendant
                                  Alfredo Orejel Yepez, Jr.

**ORDER**

IT IS SO FOUND AND ORDERED this 18th day of February, 2020.

_____
Troy L. Nunley
United States District Judge

USA v. Yepez
2:19-CR-00144 TLN