1  COSCA LAW CORPORATION
   CHRIS COSCA (SBN 144546)
2  1007 7th Street, Suite 210
   Sacramento, CA 95814
3  (916) 440-1010

4  Attorney for Defendant
   ALFREDO OREJEL YEPEZ, JR.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:19-CR-00144-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME AND CONTINUE STATUS CONFERENCE** |
| v. | |
| ALFREDO OREJEL YEPEZ, JR., | Date: April 23, 2020 |
| Defendant. | Time: 9:30 a.m. |
| | Court: Hon. Troy L. Nunley |

**STIPULATION**

The parties hereto, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, the court set this matter for a status conference on April 23, 2020.

2. By this stipulation, defendant now moves to vacate this date and reset the status conference for June 11, 2020, at 9:30 a.m.

3. The parties further stipulate to exclude time between April 23, 2020 and June 11, 2020 under Local Code T4.  Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. Discovery associated with this case includes multiple reports, audio recordings, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

2:19-CR-00144 TLN

        b.      Counsel for defendant desires additional time to review the discovery, conduct independent investigation and legal research, and otherwise prepare for trial.

        c.      Counsel for defendant believes that failure to grant this request would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d.      The government does not object to the continuance.

        e.      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interests of the public and the defendant in a speedy trial as prescribed by the Speedy Trial Act.

        f.      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from April 23, 2020 to June 11, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A) and  B(ii) and (iv), corresponding to Local Code T4, because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interests of the public and the defendants in a speedy trial.

5.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED:     April 14, 2020          MCGREGOR W. SCOTT
                                                       United States Attorney

                                                   /s/ Cameron L. Desmond_____
                                                 CAMRERON L. DESMOND
                                                 Assistant United States Attorney

DATED:     April 14, 2020          /s/ Chris Cosca_____
                                                 CHRIS COSCA
                                                 Counsel for Defendant
                                                 Alfredo Orejel Yepez, Jr.

2:19-CR-00144 TLN

**ORDER**

IT IS SO FOUND AND ORDERED this 14th day of April, 2020.

_____
Troy L. Nunley
United States District Judge

2:19-CR-00144 TLN