McGREGOR W. SCOTT
United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO OREJEL YEPEZ JR,<br><br>Defendant. | CASE NO. 2:19-CR-00144-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 14, 2021.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 14, 2021.

2. By this stipulation, defendant now moves to continue the status conference until April 15, 2021, and to exclude time between January 14, 2021, and April 15, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes multiple reports, audio recordings, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Defense counsel was substituted on July 16, 2020, and received the discovery file on September 1, 2020.

1     c) Counsel for defendant desire additional time to do legal research into trial and
2  sentencing issues, review discovery with her client, conduct independent factual investigation,
3  and otherwise prepare for trial.

4     d) Trial preparation has been made more difficult and time-consuming given the
5  COVID-19 pandemic.  Specifically, the limitations on in-person meetings for safety purposes has
6  complicated and prolonged trial preparation.

7     e) Counsel for defendant believes that failure to grant the above-requested
8  continuance would deny her the reasonable time necessary for effective preparation, taking into
9  account the exercise of due diligence.

10    f) The government does not object to the continuance.

11    g) Based on the above-stated findings, the ends of justice served by continuing the
12 case as requested outweigh the interest of the public and the defendant in a trial within the
13 original date prescribed by the Speedy Trial Act.

14    h) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
15 et seq., within which trial must commence, the time period of January 14, 2021 to April 15,
16 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code
17 T4] because it results from a continuance granted by the Court at defendant's request on the basis
18 of the Court's finding that the ends of justice served by taking such action outweigh the best
19 interest of the public and the defendant in a speedy trial.

20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 11, 2021                           McGREGOR W. SCOTT
                                                                      United States Attorney


                                                                      /s/ CAMERON L. DESMOND
                                                                      CAMERON L. DESMOND
                                                                      Assistant United States Attorney


Dated:  January 11, 2021                           /s/ Manisha Daryani
                                                                      Manisha Daryani
                                                                      Counsel for Defendant
                                                                      Alfredo Orejel Yepez JR


**FINDINGS AND ORDER**


IT IS SO FOUND AND ORDERED this 11th day of January, 2021.


Troy L. Nunley
United States District Judge