MANISHA DARYANI (CSBN:272992)
BELES & BELES LAW OFFICES
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Telephone: (510) 836-0100
Facsimile: (510) 832-3690

Attorney for Defendant
*Alfredo Orejel Yepez, Jr.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-00144-TLN |
| *Plaintiff*, | **ORDER** |
| v. | |
| ALFREDO OREJEL YEPEZ, JR., | |
| *Defendant*. | |

### ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, **IT IS HEREBY ORDERED** that the April 15, 2021 status conference is continued to May 20, 2021, at 9:30 a.m.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 15, 2021, and May 20, 2021, would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice are served by excluding the time between April 15, 2021, and May 20, 2021, from computation under the Speedy Trial Act and such

exclusion outweighs the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

**IT IS FURTHER ORDERED** that the time from April 15, 2021 through and including May 20, 2021, shall be excluded from computation under the Speedy Trial Act. See Fed. R. Crim. P. 5.1; 18 U.S.C. §§ 31616(h)(7)(A) and (B)(iv) [Local Code T4].

Dated: April 13, 2021

_____
Troy L. Nunley
United States District Judge