PHILLIP A. TALBERT
Acting United States Attorney
CAMERON L. DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFREDO OREJEL YEPEZ JR,<br><br>Defendant. | CASE NO. 2:19-CR-00144-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: May 20, 2021.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on May 20, 2021.

2. By this stipulation, defendant now moves to continue the status conference until August 19, 2021, at 9:30 a.m., and to exclude time between May 20, 2021, and August 19, 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes multiple reports, audio recordings, and photographs. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendant desires additional time to research sentencing issues;
STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

specifically, research related to criminal history, safety valve eligibility, and exposure for the various drugs and quantities alleged. Counsel also needs extra time to discuss sentencing exposure and litigation strategy with his client, review discovery with his client, conduct independent factual investigation, and otherwise prepare for trial.

    c)    Trial preparation has been made more difficult and time-consuming given the COVID-19 pandemic. Specifically, while restrictions are loosening, the limitations on in-person meetings for safety purposes has, until recently, complicated and prolonged trial preparation.

    d)    Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e)    The government does not object to the continuance.

    f)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 20, 2021 to August 19, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 18, 2021

PHILLIP A. TALBERT
Acting United States Attorney

/s/ CAMERON L. DESMOND
CAMERON L. DESMOND
Assistant United States Attorney

Dated: May 18, 2021

/s/ Robert J. Beles
Robert J. Beles
Counsel for Defendant
Alfredo Orejel Yepez JR

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 18th day of May, 2021.

Troy L. Nunley
United States District Judge